UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
IN RE:                              Chapter 7

LEVI BALKANY,
                                    Case No.


            Debtor.
------------------------------X

### VERIFICATION OF CREDITOR MATRIX

The above named debtor, by Michael T. Sucher, Esq., his attorney, hereby verifies that the attached list of creditors is true and correct to the best of his knowledge.

Dated: Brooklyn, New York
       May 13, 2022

                                s/ *Michael T. Sucher*
                                MICHAEL T. SUCHER, ESQ.
                                Attorney for debtor
                                26 Court Street, Suite 2412
                                Brooklyn, New York 11242
                                (718) 522-1995