**Fill in this information to identify your case:**

Debtor 1    LEVI                          BALKANY
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of New York

Case number  1-22-41041-nhl
             (If known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 31,120.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 31,120.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 26,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 136,098,856. |
| **Your total liabilities** | $ 136,124,856. |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 7,287.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 18,710.00 |

| Debtor 1 | LEVI | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 26,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 26,000.00 |

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

**Fill in this information to identify your case and this filing:**

Debtor 1    LEVI                    BALKANY
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number  1-22-41041-nhl

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. _____
     Street address, if available, or other description

     _____

     _____

     City          State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ _____     $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____

     City          State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ _____     $ _____

**Describe the nature of your ownership interest (such as tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

| Debtor 1 | LEVI | | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

1.3.

_____
Street address, if available, or other description

_____

_____

_____
City                    State    ZIP Code

_____

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..................................................➔

$_____ 0.00

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

3.1.  Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:

     [          ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

If you own or have more than one, describe here:

3.2.  Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:

     [          ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

Debtor 1    LEVI _____ BALKANY _____    Case number *(if known)* 1-22-41041-nhl _____
First Name    Middle Name    Last Name

3.3.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.    Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.    Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..............................................➔    $_____ 0.00

| Debtor 1 | LEVI | | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... Misc. furniture and furnishings                    $ 4,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.......... Misc. electronics, phone, computer, copy machine/scanner    $ 1,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe..........                    $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe..........                    $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe..........                    $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.......... Misc. Apparel                    $ 1,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe..........                    $ _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe..........                    $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information. ..............                    $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................➔    $ 6,000.00

| Debtor 1 | LEVI | | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes ......................................................................................................................................................    Cash: ....................... $_____100.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................                     Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | Apple Bank | $_____20.00 |
    | 17.2. Checking account: | _____ | $_____ |
    | 17.3. Savings account: | _____ | $_____ |
    | 17.4. Savings account: | _____ | $_____ |
    | 17.5. Certificates of deposit: | _____ | $_____ |
    | 17.6. Other financial account: | _____ | $_____ |
    | 17.7. Other financial account: | _____ | $_____ |
    | 17.8. Other financial account: | _____ | $_____ |
    | 17.9. Other financial account: | _____ | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes .................                     Institution or issuer name:

    | | |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No                     Name of entity:                                    % of ownership:
    ☑ Yes. Give specific     Various limited liability companies      0% %    $_____25,000.00
    information about        ---See attached list--                   0% %    $_____
    them.......................                                        0% %    $_____

---

Debtor 1    LEVI                    BALKANY            Case number *(if known)* 1-22-41041-nhl

       First Name      Middle Name       Last Name

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
    information about
    them.......................

Issuer name:

_____    $_____

_____    $_____

_____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
    account separately.

Type of account:    Institution name:

401(k) or similar plan:  _____    $_____

Pension plan:  _____    $_____

IRA:  _____    $_____

Retirement account:  _____    $_____

Keogh:  _____    $_____

Additional account:  _____    $_____

Additional account:  _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.........................

Institution name or individual:

Electric:  _____    $_____

Gas:  _____    $_____

Heating oil:  _____    $_____

Security deposit on rental unit:  _____    $_____

Prepaid rent:  _____    $_____

Telephone:  _____    $_____

Water:  _____    $_____

Rented furniture:  _____    $_____

Other:  _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................

Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

---

| Debtor 1 | LEVI | | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____
_____   $_____
_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:   $_____
State:     $_____
Local:     $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:             $_____
Maintenance:         $_____
Support:             $_____
Divorce settlement:  $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............

$_____

| Debtor 1 | LEVI | | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
| | Term Life with  US Life Ins Co. | Pearl Chen | $ 0.00 |
| | BrightHouse   -term life | Pearl Chen | $ 0.00 |
| | John Hancock  -term life | Pearl Chen | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information..............          $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ....................          $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................          $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............          $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .......................................................................................➔  $ 25,120.00

---

**Part 5:      Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......          $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......          $_____

Debtor 1   LEVI                     BALKANY                    Case number *(if known)* 1-22-41041-nhl
           First Name   Middle Name      Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.......  [_____]   $_____

41. **Inventory**

☑ No

☐ Yes. Describe.......  [_____]   $_____

42. **Interests in partnerships or joint ventures**

☐ No

☑ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| Various limited liability companies | ____% | $_____ 0.00 |
| --See attached list-- | ____% | $_____ |
| Value included in question 19 above. | ____% | $_____ |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

  ☐ No

  ☐ Yes. Describe.......  [_____]   $_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
    information .........   _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ......................................................➔   $_____ 0.00

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
             **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**
   *Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes........................   [_____]   $_____

| | | | |
|---|---|---|---|
| Debtor 1 | LEVI                BALKANY | Case number *(if known)* | 1-22-41041-nhl |
| | First Name     Middle Name     Last Name | | |

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

$ _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

$ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

$ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................➔

$ _____ 0.00

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

$ _____
$ _____
$ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................➔

$ _____ 0.00

---

**Part 8:**    **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** .................................................................................................➔    $ _____ 0.00

56. **Part 2: Total vehicles, line 5**    $ _____ 0.00

57. **Part 3: Total personal and household items, line 15**    $ _____ 6,000.00

58. **Part 4: Total financial assets, line 36**    $ _____ 25,120.00

59. **Part 5: Total business-related property, line 45**    $ _____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ _____ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ _____ 0.00

62. **Total personal property.** Add lines 56 through 61. ....................    $ _____ 31,120.00    Copy personal property total ➔   + $ _____ 31,120.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................................................    $ _____ 31,120.00

---

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

ADDENDUM TO SCHEDULE A/B
IN RE LEVI BALKANY – 1-22-41041-NHL
QUESTIONS 19 AND 42

| NAME OF ENTITY | % OWNERSHIP | VALUE |
|---|---|---|
| BESPOKE HARLEM WEST LLC AND ALL SUBSIDIARIES | UNKNOWN | $25,000.00 |
| 805 WASHINGTON AVE LLC AND ALL SUBSIDIARIES | UNKNOWN | $ 00.00 |
| PS 488 GROUP LLC AND ALL SUBSIDIARIES | UNKNOWN | $ 00.00 |
| LB 266 LLC | UNKNOWN | $ 00.00 |
| PARKVIEW HOLDINGS LLC | UNKNOWN | $ 00.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | LEVI | | BALKANY |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of New York

Case number _1-22-41041-nhl_
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Misc. Furnishings<br>Line from *Schedule A/B*: 6 | $ 4,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | §522(d)(3)<br>_____ |
| Brief description: Misc. Electronics<br>Line from *Schedule A/B*: 7 | $ 1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | §522(d)(3) |
| Brief description: Misc. Apparel<br>Line from *Schedule A/B*: 11 | $ 1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | §522(d)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

| Debtor 1 | LEVI | | BALKANY | Case number (if known) | 1-22-41041-nhl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cash  Line from *Schedule A/B:* 16 | $ 100.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | §522(d)(5)  _____ |
| Brief description: Deposits  Line from *Schedule A/B:* 17 | $ 20.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | §522(d)(5)  _____ |
| Brief description: Bespoke ( LLC )  Line from *Schedule A/B:* 19 | $ 25,000.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | §522(d)(5)  _____ |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

**Print**    **Save As...**    **Add Attachment**    **Reset**

**Fill in this information to identify your case:**

Debtor 1    LEVI                    BALKANY
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number    1-22-41041-nhl
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1**

Creditor's Name

Number        Street

City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name

Number        Street

City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $_____

**Fill in this information to identify your case:**

Debtor 1    LEVI          BALKANY
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of New York

Case number  1-22-41041-nhl
(If known)

☐ Check if this is an
  amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|-----|-----|-------------|-----------------|--------------------|

**2.1**

Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number        Street
Bankruptcy Section
Philadelphia        PA    19101
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1    $ 75,000.    $ 75,000.    $ 0.00

**When was the debt incurred?**  12/31/2018

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
  intoxicated
☐ Other. Specify _____

**2.2**

NYS Department of Finance
Priority Creditor's Name
P.O. Box 5300
Number        Street
Bankruptcy Section
Albany                NY    12205
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1    $ 1,000.00    $ 1,000.00    $ 0.00

**When was the debt incurred?**  12/31/2018

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
  intoxicated
☐ Other. Specify _____

| Debtor 1 | LEVI | | BALKANY | | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1**

300 West 122nd Street 1, LLC
Nonpriority Creditor's Name

520 Madison Avenue, Suite 3501
Number          Street

New York                    NY        10022
City                                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  3  2  1

When was the debt incurred?        2019

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan Guarantee

$ 25,000,000.

**4.2**

300 West 122nd Street 2, LLC
Nonpriority Creditor's Name

520 Madison Avenue, Suite 3501
Number          Street

New York                    NY        10022
City                                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  3  2  1

When was the debt incurred?        2019

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan Guarantee

$ 5,000,000.

**4.3**

441 W 37 Capital LLC
Nonpriority Creditor's Name

200 Park Avenue
Number          Street

New York                    NY        10166
City                                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  0  3  2  1

When was the debt incurred?        2020

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan Guarantee

$ 14,000,000.

Debtor 1    LEVI _____ BALKANY _____    Case number (if known) 1-22-41041-nhl _____
            First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.4**

Harlem 133 Lender, LLC
Nonpriority Creditor's Name

405 Lexington Avenue 59th Fl.
Number    Street

New York                              10174
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**  08/23/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Loan Guarantee

$ 43,319,138

---

**4.5**

Reed Smith LLP
Nonpriority Creditor's Name

599 Lexington Avenue
Number    Street

New York                              10022
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**  04/14/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Attorney fee award

$ 35,329.00

---

**4.6**

Hagashama Manhattan 12 Parkside LLC
Nonpriority Creditor's Name

345 Seventh Ave. 23rd FL.
Number    Street

New York                              10001
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**  01/07/2016

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Joint Venture guarantee

$ 11,155,389

---

Debtor 1    LEVI _____ BALKANY _____    Case number *(if known)* 1-22-41041-nhl _____
          First Name   Middle Name   Last Name

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.7**

441 W 37 SME LLC
Nonpriority Creditor's Name

200 Park Avenue
Number    Street

New York                    10166
City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 3 2 1

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Loan Guarantee

$ 1,000,000.

---

**4.8**

EM CRE STRATEGIES I, LLC SERIES X
Nonpriority Creditor's Name

1440 Broadway, 11th Floor
Number    Street

New York                    10001
City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 3 2 1

**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Loan Guarantee

$ 3,500,000.

---

**4.9**

III CRE Bridge Loan Fund L.P.
Nonpriority Creditor's Name

777 Yamato Road, Suite 300
Number    Street

Boca Raton        FL    33431
City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 3 2 1

**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Loan Guarantee

$ 10,800,000.

---

| Debtor 1 | LEVI | | BALKANY | | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.10**

Aylie Aries Corp.
Nonpriority Creditor's Name

851 NE 1st Avenue  Suite 4701
Number        Street

Miami                        FL        33132
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**        2018

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Loan Guarantee

$ 900,000.

---

**4.11**

Enhanced Tax Credit Lending LLC
Nonpriority Creditor's Name

201 St. Charles Avenue,  Suite 3400
Number        Street

New Orleans                  LA        70170
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**        3/ 2019

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Loan Guarantee

$ 17,000,000

---

**4.12**

529 Maple LLC
Nonpriority Creditor's Name

410 Troy Avenue
Number        Street

Brooklyn                    NY        11213
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**        2019

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Participating Loan Guarantee

$ 1,000,000.

---

| Debtor 1 | LEVI | BALKANY | Case number *(if known)* | 1-22-41041-nhl |
| | First Name   Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.13**

Robert Bartkowski c/o Guerriera, Feldman
Nonpriority Creditor's Name

363 6th Avenue
Number        Street

Brooklyn                    NY        11215
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0 3 2 1

**When was the debt incurred?**        2017

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Participating Loan Guarantee

$ 400,000.

---

**4.14**

Myra Selamaj c/o Marc Coupey, Esq.
Nonpriority Creditor's Name

441 Saw Mill River Road
Number        Street

Millwood                    NY        10546
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0 3 2 1

**When was the debt incurred?**        2017

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Participating Loan Gurantee

$ 400,000.

---

**4.15**

Reuven Medalie
Nonpriority Creditor's Name

1286 President Street
Number        Street

Brooklyn                    NY        11213
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0 3 2 1

**When was the debt incurred?** 04/13/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Loan

$ 25,000.00

---

Debtor 1    LEVI _____ BALKANY _____    Case number *(if known)* 1-22-41041-nhl _____
First Name    Middle Name    Last Name

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**    **Total claim**

---

**4.16**

Titan Capital ID, LLC
Nonpriority Creditor's Name

40 East 45th Street,  40th Floor
Number      Street

New York                              10017
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**        2018

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify       Loan Guarantee

$ 1,300,000.

---

**4.17**

Chase Mastercard
Nonpriority Creditor's Name

P.O. Box 15298
Number      Street

Wilmington          DE      19850
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**        2010

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Consumer Debt

$ 1,500.00

---

**4.18**

Flagstar Bank
Nonpriority Creditor's Name

PO Box 660263
Number      Street

Dallas              TX      75266
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**       pre 2017

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify       Loan Guarantee

$ 693,000.

---

Debtor 1    LEVI                    BALKANY                         Case number (if known)  1-22-41041-nhl
            First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.19**

Olivier Steven Cojot
Nonpriority Creditor's Name

61 Bryam Shore Road
Number        Street

Greenwich              CT        06830
City                   State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**    04/29/2022

**As of the date you file, the claim is:** Check that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal Loan

$ 21,000.00

---

**4.20**

Santander Bank c/o Stein, Wiener & Roth
Nonpriority Creditor's Name

1400 Old Country Road - Suite 315
Number        Street

Westbury               NY        11590
City                   State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**    12/19/2018

**As of the date you file, the claim is:** Check that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Loan Guarantee

$ 470,000.0

---

**4.21**

Blue Vine
Nonpriority Creditor's Name

401 Warren Street Suite 430
Number        Street

Redmond                CA        94063
City                   State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Loan Guarantee

$ 75,000.00

---

| Debtor 1 | LEVI | | BALKANY | | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**

**Total claim**

---

**4.22**

Synchrony Bank
Nonpriority Creditor's Name

200 Crossing Blvd. Suite 101
Number          Street

Bridgewater                              NJ          08807
City                                     State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  3  2  1

**When was the debt incurred?**        2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Loan Guarantee

$ 3,500.00

---

Nonpriority Creditor's Name

Number          Street

City                                     State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

Nonpriority Creditor's Name

Number          Street

City                                     State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

Debtor 1    LEVI                              BALKANY
            First Name    Middle Name         Last Name

Case number (if known) 1-22-41041-nhl

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

DL Partners
Name

345 Seventh Ave. 23rd FL.
Number    Street

Att: Bruce H. Lederman, Esq.

New York, NY 10001
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.6_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _0_ _3_ _2_ _1_

---

Roy Justice, Esq.
Name

600 Third Avenue, 2nd Floor
Number    Street

New York, NY 10016
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.10_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
& 4.16                       ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** _0321_ ___

---

Kriss & Feuerstein LLP
Name

360 Lexington Avenue, Suite 1200
Number    Street

Jerold C. Feuerstein, Esq.

New York, NY 10017
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.1_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
& 4.2                      ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ 0321 ___

---

Jones Day
Name

250 Vesey Street
Number    Street

Att: Tito Escobar, Esq.

New York, New York 1028
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.11_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ _0321_ ___

---

Meister Seelig & Fein LLP
Name

125 Park Avenue 7th FL.
Number    Street

Att: David G. Moss, Esq.

New York, NY 10017
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.3_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ _0321_

---

Proskauer Rose, LLP
Name

11 Times Square
Number    Street

Peter J.W. Sherwin

New York, NY 10036
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.9_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ _0321_

---

McCalla Raymer Leibert Pierce, LLC
Name

420 Lexington Avenue, RM 840
Number    Street

Att: Phillip Raymond, Esq.

New York, NY 10170
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.18_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ _0321_ ___

---

| Debtor 1 | LEVI | | BALKANY | | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

FM Home Loans LLC
Name

2329 Nostrand Avenue - 3rd Flr.
Number       Street

Brooklyn        NY        11230
City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.18  of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___0321___ ___ ___

---

Cofund 3, LLC
Name

345 Seventh Ave., 23rd Flr.
Number       Street

New York        NY        10001
City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.6  of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ __0321__ ___

---

Happy Living Development LLC
Name

884 Eastern Parkway
Number       Street

Brooklyn, NY 11213
City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.21  of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ __0321__ ___

---

Name

Number       Street

City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number       Street

City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number       Street

City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

Name

Number       Street

City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

| Debtor 1 | LEVI | | BALKANY | | | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 76,000.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 76,000.00 |

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 136,098,856. |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 136,098,856. |

| **Print** | **Save As...** | **Add Attachment** | **Reset** |
|---|---|---|---|

**Fill in this information to identify your case:**

Debtor    LEVI               BALKANY

        First Name            Middle Name           Last Name

Debtor 2
(Spouse If filing)   First Name          Middle Name         Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number   1-22-41041-nhl
(If known)

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number     Street | |
| | City          State     ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number     Street | |
| | City          State     ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number     Street | |
| | City          State     ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number     Street | |
| | City          State     ZIP Code | |
| 2.5 | | |
| | Name | |
| | Number     Street | |
| | City          State     ZIP Code | |

Debtor 1    LEVI            BALKANY              Case number *(if known)* 1-22-41041-nhl

First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.2** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2._** Name<br>Number   Street<br>City   State   ZIP Code | |

**Print**     **Save As...**     **Add Attachment**     **Reset**

**Fill in this information to identify your case:**

Debtor 1    LEVI    BALKANY
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number    1-22-41041-nhl
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City            State        ZIP Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Bespoke Harlem West LLC c/o Richard M. Newman, Esq.<br>Name<br>29 Broadway, Suite 2400<br>Number        Street<br>New York            NY        10006<br>City            State        ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _4.1; 4.2_<br>☐ Schedule G, line _____ |
| **3.2** Rachel Medalie<br>Name<br>1286 President Street<br>Number        Street<br>Brooklyn            NY        11213<br>City            State        ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _4.1; 4.2_; 4.9; 4.11<br>☐ Schedule G, line _____ |
| **3.3** BHW Mezz LLC c/o Richard M. Newman, Esq.<br>Name<br>29 Broadway, Suite 2400<br>Number        Street<br>New York            NY        10006<br>City            State        ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.11___<br>☐ Schedule G, line _____ |

Debtor 1    LEVI    BALKANY

First Name    Middle Name    Last Name

Case number (*if known*) 1-22-41041-nhl

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.__**

West 37th Street LLC c/o Richard M. Newman, Esq.
Name

29 Broadway, Suite 2400
Number    Street

New York    NY    10006
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.8
- ☐ Schedule G, line _____

**3.__**

D Solnick Design & Development LLC
Name

350 W. 42 Street Apt. 31C
Number    Street

New York    NY    10036
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.8
- ☐ Schedule G, line _____

**3.__**

David Solnick
Name

350 W. 42 Street Apt. 31C
Number    Street

New York    NY    10036
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.8
- ☐ Schedule G, line _____

**3.__**

EE37 Mezz LLC c/o Richard M. Newman, Esq.
Name

29 Broadway, Suite 2400
Number    Street

New York    NY    10006
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.7
- ☐ Schedule G, line _____

**3.__**

DS37 Mezz LLC c/o David Solnick
Name

350 W. 42 Street Apt. 31C
Number    Street

New York    NY    10036
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.7
- ☐ Schedule G, line _____

**3.__**

525 SMA Owner LLC c/o Richard M. Newman, Esq.
Name

29 Broadway, Suite 2400
Number    Street

New York    NY    10006
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.9
- ☐ Schedule G, line _____

**3.__**

293 Adelphi MZL LLC c/o Mayer Zarchi
Name

446 Crown Street
Number    Street

Brooklyn    NY    11225
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.16
- ☐ Schedule G, line _____

**3.__**

Mayer Zarchi
Name

446 Crown Street
Number    Street

Brooklyn    NY    11225
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line  4.16
- ☐ Schedule G, line _____

| Print | Save As... | Add Attachment | Reset |
| --- | --- | --- | --- |

Official Form 106H    Schedule H: Your Codebtors    page _2_ of _3_

Debtor 1 ___LEVI_____ _____ ___BALKANY_____   Case number *(if known)*__1-22-41041-nhl__
First Name   Middle Name   Last Name

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.__

Getzel Rubashkin
Name

1328 Lincoln Place
Number   Street

Brooklyn            NY        11213
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.18__
☐ Schedule G, line _____

3.__

Chana Rubashkin
Name

1328 Lincoln Place
Number   Street

Brooklyn            NY        11213
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.18__
☐ Schedule G, line _____

3.__

BHW Brownfield LLC c/o Richard M. Newman, Esq.
Name

29 Broadway, Suite 2400
Number   Street

New York            NY        10006
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.11__
☐ Schedule G, line _____

3.__

Name

Number   Street

City                State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name

Number   Street

City                State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name

Number   Street

City                State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name

Number   Street

City                State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__

Name

Number   Street

City                State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

| **Print** | **Save As...** | **Add Attachment** | **Reset** |

Official Form 106H          **Schedule H: Your Codebtors**          page _3_ of _3_

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | LEVI    BALKANY |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): 1-22-41041-nhl

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | | Manager |
| Employer's name | | Happy Land Development LLC |
| Employer's address | | HL Cleaning Services LLC |
| | Number   Street | Number   Street |
| | | HL Interiors LLC |
| | | 884 Eastern Parkway |
| | City   State   ZIP Code | Brooklyn   NY   11213 |
| | | City   State   ZIP Code |
| How long employed there? | _____ | 3 yrs. |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 7,287.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ 0.00 | $ 7,287.00 |

Debtor 1    LEVI _____ BALKANY _____    Case number *(if known)* 1-22-41041-nhl
　　　　　　First Name　　Middle Name　　Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................➔ 4. | | $_____ 0.00 | $_____ 7,287.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ 0.00 | $_____ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ 0.00 | $_____ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ 0.00 | $_____ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ 0.00 | $_____ 0.00 |
| 5e. **Insurance** | 5e. | $_____ 0.00 | $_____ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $_____ 0.00 | $_____ 0.00 |
| 5g. **Union dues** | 5g. | $_____ 0.00 | $_____ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ 0.00 | + $_____ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.　6.　$_____ 0.00　$_____ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.　7.　$_____ 0.00　$_____ 7,287.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.　*See three statements Attached*　8a.　$_____ 0.00　$_____ 0.00

8b. **Interest and dividends**　8b.　$_____ 0.00　$_____ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.　8c.　$_____ 0.00　$_____ 0.00

8d. **Unemployment compensation**　8d.　$_____ 0.00　$_____ 0.00

8e. **Social Security**　8e.　$_____ 0.00　$_____ 0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____　8f.　$_____ 0.00　$_____ 0.00

8g. **Pension or retirement income**　8g.　$_____ 0.00　$_____ 0.00

8h. **Other monthly income.** Specify: _____　8h.　+ $_____ 0.00　+ $_____ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.　9.　$_____ 0.00　$_____ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.　10.　$_____ 0.00　+　$_____ 7,287.00　=　$_____ 7,287.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____　11. + $_____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies　12.　$_____ 7,287.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:　Debtor expects to get employment

Print　　　Save As...　　　Add Attachment　　　Reset

# HL Cleaning Services LLC
## Profit & Loss
### November 13, 2021 through May 13, 2022

|  | Nov 13, '21 - May 13, 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 268,285.96 |
| **Total Income** | 268,285.96 |
| **Cost of Goods Sold** | |
| 229 9th Street LLC | 480.00 |
| 441 West 37 | 18,786.00 |
| 834 Pacific | 2,248.00 |
| Bespoke Harlem LLC | 160,120.00 |
| **Total COGS** | 181,634.00 |
| **Gross Profit** | 86,651.96 |
| **Expense** | |
| 300 West 122 | 7,844.00 |
| Bank Service Charges | 887.85 |
| Interest Expense | 546.00 |
| loan and Exchange | 135,604.20 |
| Office Cleaning | 2,180.60 |
| Office Supplies | 1,390.23 |
| Payroll Expenses | |
| Mendy Balkany | 8,206.00 |
| Pearl Chen | 1,923.00 |
| **Total Payroll Expenses** | 10,129.00 |
| **Total Expense** | 158,581.88 |
| **Net Ordinary Income** | -71,929.92 |
| **Net Income** | -71,929.92 |

# HL Interiors
## Profit & Loss
### November 13, 2021 through May 13, 2022

|  | Nov 13, '21 - May 13, 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Indique Hair | 3,500.01 |
| **Job Income** | |
| 450 Grand | 8,550.00 |
| 805 Washington Ave. | 2,925.00 |
| 834 Pacific | 940.00 |
| Bespoke Commercial Unit | 2,100.00 |
| Foster | 19,000.00 |
| Service Income | 2,250.00 |
| West 37 LLC | 44,825.00 |
| Job Income - Other | 69,250.00 |
| **Total Job Income** | 149,840.00 |
| **Total Income** | 153,340.01 |
| **Cost of Goods Sold** | |
| **229 9th Street** | |
| 229 Change Orders | 1,350.00 |
| 229 Materials | 1,677.00 |
| **Total 229 9th Street** | 3,027.00 |
| **441 West 37 St** | |
| 441 Materials | 398.08 |
| Subcontractor | 24,812.00 |
| **Total 441 West 37 St** | 25,210.08 |
| **5701 Foster** | |
| Foster Materials | 387.41 |
| Foster Subcontractor | 12,600.00 |
| **Total 5701 Foster** | 12,987.41 |
| **834 Pacific LLC** | |
| 834 Change Orders | 1,125.00 |
| 834 Materials | 5,048.59 |
| 834 Subcontractor | 805.00 |
| **Total 834 Pacific LLC** | 6,978.59 |
| **Subcontractors Expense** | |
| **488 4th Ave** | |
| 488 Materials | 150.00 |
| **Total 488 4th Ave** | 150.00 |
| **805 Washington** | |
| 805 Change Orders | 1,375.00 |
| **Total 805 Washington** | 1,375.00 |
| **Total Subcontractors Expense** | 1,525.00 |
| **Total COGS** | 49,728.08 |
| **Gross Profit** | 103,611.93 |
| **Expense** | |
| **450 Grand Ave** | |
| Shop Drawings | 4,420.00 |
| **Total 450 Grand Ave** | 4,420.00 |
| **Bank Service Charges** | 823.00 |

12:13 PM

05/25/22

Cash Basis

# HL Interiors
## Profit & Loss
### November 13, 2021 through May 13, 2022

|  | Nov 13, '21 - May 13, 22 |
|---|---|
| **Bespoke Commercial Buildout** | |
| **Bespoke Contractor** | 13,640.00 |
| **Total Bespoke Commercial Buildout** | 13,640.00 |
| **CC Miniumum payment for materis** | 10,160.36 |
| **Computer and Internet Expenses** | 19.60 |
| **Interest Expense** | 6,562.25 |
| **Marketing** | 3,846.00 |
| **Meals and Entertainment** | 0.59 |
| **Office Storage** | 3,860.26 |
| **Office Supplies** | 1,689.40 |
| **Payroll Expenses** | |
| **Ariel Sasoon** | 4,287.46 |
| **Mendy Balkany** | 16,898.00 |
| **Pearl Chen** | 5,030.00 |
| **Total Payroll Expenses** | 26,215.46 |
| **Vehicles and Transit** | 259.00 |
| **Total Expense** | 71,495.92 |
| **Net Ordinary Income** | 32,116.01 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Bespoke Finish Framing** | 3,500.00 |
| **Total Other Income** | 3,500.00 |
| **Net Other Income** | 3,500.00 |
| **Net Income** | 35,616.01 |

# Happy Living Development
## Profit & Loss
### November 13, 2021 through May 13, 2022

|  | Nov 13, '21 - May 13, 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 5701 Foster Ave. | 1,084,720.00 |
| **Total Income** | 1,084,720.00 |
| **Gross Profit** | 1,084,720.00 |
| **Expense** | |
| **5701 Foster** | |
| Electric | 80,000.00 |
| Foster General Conditions | 4,302.00 |
| Framing | 77,870.00 |
| HVAC | 15,000.00 |
| Masonry | 825,000.00 |
| Painting | 6,500.00 |
| Plumbing | 36,350.00 |
| Project Manager | 25,000.00 |
| Roof | 22,500.00 |
| Windows and Facade | 26,000.00 |
| **Total 5701 Foster** | 1,118,522.00 |
| Auto and Truck Expenses | 100.00 |
| Bank Service Charges | 1,595.00 |
| happy living | 1,900.00 |
| Insurance Expense | 202.82 |
| Interest Expense | 156,299.00 |
| Legal | 2,500.00 |
| Media Subscription | 180.00 |
| NYSIF | 4,100.00 |
| **Office** | |
| Office misc | 1,164.45 |
| Office - Other | 700.00 |
| **Total Office** | 1,864.45 |
| Office Supplies | 243.19 |
| **Payroll Expenses** | |
| Pearl Chen | 36,769.00 |
| Payroll Expenses - Other | 255.00 |
| **Total Payroll Expenses** | 37,024.00 |
| **Project cordination** | |
| 488 4th Ave | -3,623.34 |
| 525 St Marks | -78,517.96 |
| 805 Washington Ave | -3,110.00 |
| 9th Street | -20,500.00 |
| bespoke | -29,762.29 |
| Pacific | 19,316.00 |
| west 37th street | -12,488.26 |
| **Total Project cordination** | -128,685.85 |
| **Utilities** | |
| Cell Phones | 503.97 |
| Internet & Phone | 1,260.09 |
| **Total Utilities** | 1,764.06 |
| **Total Expense** | 1,197,608.67 |
| **Net Ordinary Income** | -112,888.67 |
| **Net Income** | -112,888.67 |

**Fill in this information to identify your case:**

Debtor 1    LEVI                    BALKANY
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of New York

Case number    1-22-41041-nhl
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and       ☑ Yes. Fill out this information for
   Debtor 2.                            each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | ad | ☐ No ☑ Yes |
| Daughter | 14 | ☐ No ☑ Yes |
| Son | 12 | ☐ No ☑ Yes |
| Son | 10 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. | $ 8,340.00 |
| If not included in line 4: | |
| 4a.  Real estate taxes    4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance    4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses    4c. | $ 0.00 |
| 4d.  Homeowner's association or condominium dues    4d. | $ 0.00 |

Debtor 1  LEVI _____ BALKANY _____     Case number *(if known)* 1-22-41041-nhl
    First Name   Middle Name   Last Name

| | | Your expenses |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 600.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 200.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 200.00 |
| 6d. | Other. Specify: _____ | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ 2,900.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 350.00 |
| 10. | **Personal care products and services** | 10. $ 100.00 |
| 11. | **Medical and dental expenses** | 11. $ 400.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ 1,000.00 |
| 15b. | Health insurance | 15b. $ 2,000.00 |
| 15c. | Vehicle insurance | 15c. $ 820.00 |
| 15d. | Other insurance. Specify: _____ | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 500.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| 17c. | Other. Specify: _____ | 17c. $ 0.00 |
| 17d. | Other. Specify: _____ | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| 20a. | Mortgages on other property | 20a. $ 0.00 |
| 20b. | Real estate taxes | 20b. $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |

| Debtor 1 | LEVI | | BALKANY | | Case number *(if known)* | 1-22-41041-nhl |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

21. **Other**. Specify: _____    21.    +$_____0.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    $_____18,710.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $_____0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $_____18,710.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____7,287.00

23b. Copy your monthly expenses from line 22c above.    23b.    − $_____18,710.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    $_____-11,423.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

Print    Save As...    Add Attachment    Reset

**Fill in this information to identify your case:**

Debtor 1    LEVI                                        BALKANY
            First Name          Middle Name             Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name        Last Name

United States Bankruptcy Court for the:  Eastern District of New York

Case number  1-22-41041-nhl
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____        ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date  05/25/2022                               Date _____
      MM / DD / YYYY                                 MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1     LEVI           BALKANY
          First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number   1-22-41041-nhl
(If known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   NONE<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1    <u>LEVI</u>                    <u>BALKANY</u>                    Case number (*If known*) <u>1-22-41041-nhl</u>
            First Name      Middle Name          Last Name

---

| Part 2: | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                   **Will the lease be assumed?**

Lessor's name: _____                                  ☐ No
                                                                    ☐ Yes
Description of leased
property: _____

Lessor's name: _____                                  ☐ No
                                                                    ☐ Yes
Description of leased
property: _____

Lessor's name: _____                                  ☐ No
Description of leased                                                ☐ Yes
property: _____

Lessor's name: _____                                  ☐ No
                                                                    ☐ Yes
Description of leased
property: _____

Lessor's name: _____                                  ☐ No
                                                                    ☐ Yes
Description of leased
property: _____

Lessor's name: _____                                  ☐ No
                                                                    ☐ Yes
Description of leased
property: _____

Lessor's name: _____                                  ☐ No
                                                                    ☐ Yes
Description of leased
property: _____

---

| Part 3: | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _____          ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date <u>05/25/2022</u>                        Date _____
     MM / DD / YYYY                                MM / DD / YYYY

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
IN RE:                                Chapter 7

LEVI BALKANY,
                                      Case No.1-22-41041-nhl

            Debtor.
-----------------------------X

### DEBTOR'S DECLARATION
### PURSUANT TO LOCAL RULE 1007-1(b)

     LEVI BALKANY, Debtor, hereby declares the following to be
true under penalties of perjury, and alleges as follows:

     1.   Debtor filed a petition under chapter 7 of the
Bankruptcy Code on May 13, 2022.

     2.   Schedules D and E/F were not filed at the time of filing
of the said petition, and are being filed herewith.

     3.   Annexed hereto is a listing of names and addresses of
scheduled creditors added to or deleted from the list of creditors
which accompanied the petition. Also listed, as applicable, are
any scheduled creditors whose previously listed names and/or
addresses have been corrected. The nature of the change (addition,
deletion or correction) is indicated for each creditor listed.

     4.   Since creditors have been added, an amended mailing
matrix is annexed hereto, listing added creditors ONLY, in the
format prescribed by Local Rule 1007-3.

Sworn to before me this
25 day of May, 2022

_____                    _____
Notary Public                              LEVI BALKANY
                                           Debtor

CORRECTED ADDRESSES
In re Levi Balkany – 1-22-41041-nhl


300 WEST 122ND STREET 1, LLC
C/O MADISON REALTY CAPITAL
520 MADISON AVENUE, SUITE 3501
NEW YORK, NY 10022

300 WEST 122ND STREET 2, LLC
C/O MADISON REALTY CAPITAL
520 MADISON AVENUE, SUITE 3501
NEW YORK, NY 10022

441 W 37 SME LLC
C/O SME CAPITAL VENTURES
200 PARK AVENUE
NEW YORK, NY 10166

TITAN CAPITAL ID, LLC
140 EAST 45TH STREET, 40TH FLOOR
NEW YORK, NY 10017

NEWLY LISTED CREDITORS
In re Levi Balkany – 1-22-41041-nhl


529 MAPLE LLC
410 TROY AVENUE
BROOKLYN, NY 11213

AYLIE ARIES CORP.
851 NE 1ST AVENUE  SUITE 4701
MIAMI FL 33132

ROBERT BARTKOWSKI
C/O GUERRIERA, FELDMAN & WILLIAMS, LLP
363 6TH AVENUE
BROOKLYN, NY 11215

BLUE VINE
401 WARREN STREET SUITE 430
REDMOND CA, 94063

OLIVIER STEVEN COJOT
61 BRYAM SHORE ROAD
GREENWICH, CT 06830

FLAGSTAR BANK
PO BOX 660263
DALLAS, TX 75266

FM HOME LOANS LLC
2329 NOSTRAND AVENUE 3RD FL.
BROOKLYN, NY 11210

HAPPY LIVING DEVELOPMENT LLC
884 EASTERN PARKWAY
BROOKLYN, NY 11213

MCCALLA RAYMER LEIBERT PIERCE, LLC
ATT: PHILLIP RAYMOND, ESQ.
420 LEXINGTON AVE, RM 840
NEW YORK, NY 10170

REUVEN MEDALIE
1286 PRESIDENT STREET
BROOKLYN, NY 11213

CHANA RUBASHKIN
1328 LINCOLN PLACE
BROOKLYN, NY 11213

GETZEL RUBASHKIN
1328 LINCOLN PLACE
BROOKLYN, NY 11213

SANTANDER BANK C/O
STEIN, WIENER & ROTH, L.L.P.
1400 OLD COUNTRY ROAD - SUITE 315
WESTBURY, NY 11590

MYRA SELAMAJ
C/O MARC COUPEY, ESQ.
441 SAW MILL RIVER ROAD
MILLWOOD NY 10546

SYNCHRONY BANK
200 CROSSING BLVD STE 101
BRIDGEWATER, NJ 08807

YEHUDA AND CHAYA ZALTZMAN
126 SPOOK ROCK ROAD
SUFFERN, NY 10901

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## EASTERN  District Of  NEW YORK

**In re**

 LEVI  BALKANY,                                            Case No.  <u>1-22-41041-nh</u>l

**Debtor**                                                   Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $<u>    5,000.    </u>

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $<u>    5,000.    </u>

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $<u>    -0-    </u>

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)      REUVEN MEDALIE

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   (intentionally omitted);

    e.   [Other provisions as needed] - Fee paid includes court filing fee and Credit Counselling and Debtor Education fees

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    1.      Motion pursuant to Bankruptcy Code ("Code") Section 522(f) to avoid liens on exempt property.

    2.      Defense of any action taken by the Trustee against Debtor or third parties to avoid preferences (Code Section 547), fraudulent transfers (Code Section 548) and/or post-petition transfers (Code Section 549).

    3.      Motion or proceedings to avoid preferences on Debtor's exempt property.

    4.      Defense of any action taken by the Trustee against the Debtor, by reason of Debtor's failure to cooperate with the trustee to provide information.

    5.      Motion necessary to enforce or modify the automatic stay against creditors (Code Section 362).

    6.      Proceedings objecting to discharge or to the dischargeability of any debt.

    7.      Restoring, correcting or rebuilding Debtor's credit rating or taking any steps to fix or correct Debtor's credit report.

    8.      An appeal of any judgment or order of any court.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  5/25/2022       -        s/ *Michael T. Sucher*
*Date*                    *Signature of Attorney*

                         Michael T. Sucher, Esq.
                         *Name of law firm*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
IN RE:                                    Chapter 7

LEVI BALKANY,
                                          Case No.1-22-41041-nhl
            Debtor.
-----------------------------X

Rule 2017-1
DESCRIPTION OF PRE-PETITION SERVICES
OF DEBTOR'S COUNSEL IN CHAPTER 7 CASE

    MICHAEL T. SUCHER, ESQ., an attorney duly licensed to
practice in this court, affirms the following to be true under the
penalties of perjury, and alleges as follows:

    1.   A description of pre-petition services performed for and
on behalf of the debtor in contemplation of the petition is as
follows:

| DATE: | SERVICE: | HOURS: |
|-------|----------|--------|
| 4/13/22 | Initial conversations with Client regarding bankruptcy generally and chapter 7 specifically, including various options, formally engaged by retainer agreement | 2.0 |
| 4/15/22 | Conversations with Client regarding timing of filing and requirements for filing | 1.0 |
| 4/25/22 | Communication with client re timing and requirements for filing including need for credit counselling course | 0.4 |
| 4/28/22 | Receipt and review credit counselling certificate; communication with client re requirements for filing | 0.3 |
| 5/12/22 | Communication with client re imminence of filing and need for voluminous accurate information, etc. | 2.0 |

| 5/13/22 | Preparation of Petition; Creditor Matrix; verification of matrix; form 122A-1; 122A-1 Supp; 1073-2; communication with client in preparation for filing; complete electronic filing | 4.0 |
|---------|---|---|

2.    That all services rendered herein were rendered personally by me.

3.    That the total fee charged with regard to this case is $5,000.00.

4.    That the expenses incurred by the undersigned include the chapter 7 filing fee, the credit counselling fee and the debtor education fee.

5.    My firm's billing rates for comparable services for the undersigned is $600.00 per hour, and for our associate attorney's time is $300.00 per hour.

6.    That the undersigned will represent the Debtor at the first meeting of creditors.

Dated: Brooklyn, New York
      May 25, 2022

s/ *Michael T. Sucher*
MICHAEL T. SUCHER, ESQ.
Attorney for debtor
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995
(718) 753-5010 (m)
nylawyer@aol.com