United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 22-41041-nhl
Levi Balkany     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 5
Date Rcvd: Nov 27, 2023     Form ID: 318DI7     Total Noticed: 98

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Levi Balkany, 884 Eastern Parkway, Brooklyn, NY 11213-3618 |
| aty | + | Law Offices of Avrum J. Rosen, PLLC, 38 New street, Huntington, NY 11743-3463 |
| 10101750 | + | 1KB & MS LLC, A/K/A KINGSTON BLOCK & MASONRY, 1 KEIFFER LANE, KINGSTON, NEW YORK 12401-2210 |
| 10101792 | + | 235 9TH STREET LLC, 488 7TH STREET, BROOKLYN, NEW YORK 11215-3613 |
| 10072155 | + | 293 ADELPHI MZL LLC, C/O MAYER ZARCHI, 446 CROWN STREET, BROOKLYN, NY 11225-3120 |
| 10072156 | + | 300 WEST 122ND STREET 1, LLC, C/O MADISON REALTY CAPITAL, 520 Madison Avenue, Suite 3501, NEW YORK, NY 10022-4434 |
| 10072157 | + | 300 WEST 122ND STREET 2, LLC, C/O MADISON REALTY CAPITAL, 520 Madison Avenue, Suite 3501, NEW YORK, NY 10022-4434 |
| 10088299 | + | 300 West 122nd Street 1 LLC, c/o Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017-6502 |
| 10088300 | + | 300 West 122nd Street 2 LLC, c/ Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017-6502 |
| 10072158 | + | 441 W 37 CAPITAL LLC, 200 PARK AVENUE, NEW YORK, NY 10166-0005 |
| 10072159 | + | 441 W 37 SME LLC, C/O SME Capital Ventures, 200 PARK AVENUE, NEW YORK, NY 10166-0005 |
| 10072160 | + | 525 SMA OWNER LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10075528 | + | 529 MAPLE LLC, 410 TROY AVENUE, BROOKLYN, NY 11213-5328 |
| 10101799 | + | 834 PACIFIC HOLDINGS LLC, 884 EASTERN PARKWAY, BROOKLYN, NEW YORK 11213-3618 |
| 10101803 | + | 834 PACIFIC HOLDINGS LLC, 1465A FLATBUSH AVENUE, BROOKLYN, NEW YORK 11210-2428 |
| 10101796 | + | 9TH ST DEV LLC, 884 EASTERN PARKWAY, BROOKLYN, NEW YORK 11213-3618 |
| 10101747 | + | AHERN RENTALS, INC., C/O MARK A. KIRKORSKY, P.C., 8020 W. SAHARA AVE. STE 225, LAS VEGAS, NV 89117-7913 |
| 10075529 | #+ | AYLIE ARIES CORP., 851 NE 1ST AVENUE SUITE 4701, MIAMI FL 33132-1861 |
| 10072161 | + | BESPOKE HARLEM WEST LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10072162 | + | BHW BROWNFIELD LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10072163 | + | BHW MEZZ LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10075531 | + | BLUE VINE, 401 WARREN STREET SUITE 430, REDMOND CA 94063-1536 |
| 10101749 | + | CAPITAL CONCRETE NY INC., 199 LEE AVENUE, SUITE 421, BROOKLYN, NEW YORK 11211-8036 |
| 10075538 | + | CHANA RUBASHKIN, 1328 LINCOLN PLACE, BROOKLYN, NY 11213-4033 |
| 10072165 | + | COFUND 3, LLC, 345 SEVENTH AVE. 23RD FL., NEW YORK, NY 10001-5031 |
| 10101808 | + | CRAIG STUART LANZA, ESQ., 26 COURT STREET, SUITE 1200, BROOKLYN, NEW YORK 11242-1112 |
| 10072168 | #+ | D SOLNICK DESIGN & DEVELOPMENT LLC, C/O DAVID SOLNICK, 350 W. 42 STREET APT. 31C, NEW YORK, NY 10036-6958 |
| 10072183 | #+ | DAVID SOLNICK, 350 W. 42 STREET APT. 31C, NEW YORK, NY 10036-6958 |
| 10072167 | #+ | DS37 MEZZ LLC, C/O DAVID SOLNICK, 350 W. 42 STREET APT. 31C, NEW YORK, NY 10036-6958 |
| 10101794 | + | EAGLE DEVELOPMENT HOLDINGS LLC, 884 EASTERN PARKWAY, BROOKLYN, NY 11213-3618 |
| 10072169 | + | EE37 MEZZ LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10072170 | + | EM CRE STRATEGIES I, LLC SERIES X, C/O EQUITY MULTIPLE, INC., 1440 BROADWAY, 11TH FLOOR, NEW YORK, NY 10018-2301 |
| 10072171 | + | ENHANCED TAX CREDIT LENDING LLC, 201 ST CHARLES AVE. SUITE 3400, NEW ORLEANS, LOUISANA 70170-1026 |

Case 1-22-41041-nhl    Doc 74    Filed 11/29/23    Entered 11/30/23 00:11:23

| District/off: 0207-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 318DI7 | Total Noticed: 98 |

| | | |
|---|---|---|
| 10101793 | + | ESAGOFF LAW GROUP, P.C., 917 NORTHERN BOULEVARD, GREAT NECK, NEW YORK 11021-5304 |
| 10120383 | + | Engineered Devices Corporation, 25 Bergen Turnpike, Ridgefield, NJ 07660-2309 |
| 10075534 | + | FM HOME LOANS LLC, 2329 NOSTRAND AVENUE 3RD FL., BROOKLYN, NY 11210-3949 |
| 10072990 | + | Flagstar Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 10101797 | + | GALIL PS 488 LLC, 1465A FLATBUSH AVE, BROOKLYN, NY 11210-2428 |
| 10075539 | + | GETZEL RUBASHKIN, 1328 LINCOLN PLACE, BROOKLYN, NY 11213-4033 |
| 10101751 |   | GUTMAN WEISS, P.C., 2276 SIXTY-FIFTH STREET, BROOKLYN, NEW YORK 11204 |
| 10072173 | + | HAGASHAMA MANHATTAN 12 PARKSIDE LLC, 345 SEVENTH AVE. 23RD FL., NEW YORK, NY 10001-5031 |
| 10101807 | + | HANNUM FERETIC PRENDERGAST, & MERLINO, LLC, 55 BROADWAY, SUITE 202, NEW YORK, NEW YORK 10006-3714 |
| 10101801 | + | HAPPY LIVING CONSTRUCTION LLC, 884 EASTERN PARKWAY, BROOKLYN, NEW YORK 11213-3618 |
| 10101795 | + | HAPPY LIVING DEVELOPMENT LLC, 884 EASTERN PARKWAY, BROOKLYN, NEW YORK 11213-3618 |
| 10075535 | + | HAPPY LIVING DEVELOPMENT LLC, 884 EASTERN PARKWAY, BROOKLYN, NY 11213-3618 |
| 10101802 | + | HAPPY LIVING W37TH LLC, 441 WEST 37TH STREET, NEW YORK, NEW YORK 10018-4270 |
| 10072174 | + | HARLEM 133 LENDER, LLC, 405 LEXINGTON AVENUE 59TH FL,, NEW YORK, NY 10174-6300 |
| 10101809 | + | HOWARD BLUM, P.C., 767 THIRD AVENUE, 24TH FLOOR, NEW YORK, NEW YORK 10017-9005 |
| 10084370 | + | Hagshama Manhattan 12 Parkside LLC, c/o Bruce H. Lederman, Esq., 9 East 49th Street, 5th Floor, New York, NY 10017 |
| 10139858 | + | Harlem 133 Owner, LLC, Joseph J. Tuso, Esq., Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022-7684 |
| 10075038 | + | Harlem 133 Owner, LLC, Attn: Christopher A. Lynch, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022-7684 |
| 10072175 | + | III CRE BRIDGE LOAN FUND L.P., 777 YAMATO ROAD, SUITE 300, BOCA RATON, FL 33431-4406 |
| 10072172 | + | JEROLD C. FEUERSTEIN, ESQ., KRISS & FEUERSTEIN LLP, 360 LEXINGTON AVENUE, SUITE 1200, NEW YORK, NY 10017-6555 |
| 10072176 | + | JONES DAY, ATT: TITO ESCOBAR, ESQ., 250 VESEY STREET, NEW YORK, NEW YORK 10281-1062 |
| 10101810 | + | JUSTIN H. SCHEIER, ESQ., 500 POST ROAD EAST SUITE 263, WESTPORT, CONNECTICUT 06880-4431 |
| 10101752 | + | LOUIE SELAMAJ, c/o MARC M. COUPEY LAW PLLC, 441 SAW MILL RIVER ROAD, MILLWOOD, NEW YORK 10546-1018 |
| 10112619 | + | Louis Selamaj, Marc M Coupey PLLC, 441 Saw Mill River Road, Millwood, NY 10546-1018 |
| 10072180 | + | MARANS NEWMAN TSOLIS & NAZINITSKY LLC, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10072186 | + | MAYER ZARCHI, 446 CROWN STREET, BROOKLYN, NY 11225-3120 |
| 10075536 | + | MCCALLA RAYMER LEIBERT PIERCE, LLC, ATT: PHILLIP RAYMOND, ESQ., 420 LEXINGTON AVE, RM 840, NEW YORK, NY 10170-0840 |
| 10101806 | + | MEIR ZARCHI, 446 CROWN STREET, BROOKLYN, NEW YORK 11225-3120 |
| 10072179 | + | MEISTER SEELIG & FEIN LLP, ATT: DAVID G. MOSS, ESQ., 125 PARK AVENUE 7TH FL., NEW YORK, NY 10017-5627 |
| 10075541 | + | MYRA SELAMAJ, C/O MARC COUPEY, ESQ., 441 SAW MILL RIVER ROAD, MILLWOOD NY 10546-1018 |
| 10084747 | + | Myra Selamaj, C/O Marc M. Coupey Law, PLLC, 441 Saw Mill River Road, Millwood, NY 10546-1018 |
| 10075532 | + | OLIVIER STEVEN COJOT, 61 BRYAM SHORE ROAD, GREENWICH, CT 06830-6906 |
| 10072181 | + | PROSKAUER ROSE, LLP, ATT: PETER J.W. SHERWIN, ESQ., 11 TIMES SQUARE, NEW YORK, NY 10036-6600 |
| 10101798 | + | PS 488 GROUP LLC, 884 EASTERN PARKWAY, BROOKLYN, NEW YORK 11213-3618 |
| 10072178 | + | RACHEL MEDALIE, 1286 PRESIDENT STREET, BROOKLYN, NY 11213-4238 |
| 10101892 | + | REED SMITH LLP, ATT: CASEY D. LAFFEY, ESQ., 599 LEXINGTON AVENUE, NEW YORK, NY 10022-6030 |
| 10072182 | + | REED SMITHLLP, ATT: CASEY D. LAFFEY, ESQ., 599 LEXINGTON AVENUE, NEW YORK, NY 10022-6030 |
| 10075537 | + | REUVEN MEDALIE, 1286 PRESIDENT STREET, BROOKLYN, NY 11213-4238 |
| 10101805 | + | RITE SURGICAL SUPPLIES, INC., 766 ROCKAWAY PARKWAY, BROOKLYN, NEW YORK 11236-1830 |
| 10075530 | + | ROBERT BARTKOWSKI, C/O GUERRIERA, FELDMAN & WILLIAMS, LLP, 363 6TH AVENUE, BROOKLYN, NY 11215-3406 |
| 10072177 | + | ROY JUSTICE, ESQ., 600 THIRD AVENUE, 2ND FLOOR, NEW YORK, NY 10016-1919 |
| 10101804 | + | RSC GROUP LLC, 389 WILLOUGHBY AVENUE, SUITE 301, BROOKLYN, NEW YORK 11205-5084 |
| 10086481 |   | Robert Bartkowski, c/o Meyer Suozzi English & Klein, PC, 990 Stewart Ave., Ste.300 PO Box 9194, Garden City, NY 11530, Attn: Jordan Weiss, Esq. |
| 10098028 | + | Robert Bartkowski, c/o Jordan Weiss, Esq., Meyer Suozzi English & Klein, P.C., 990 Stewart Ave., Ste. 300, Garden City, NY 11530-9882 |
| 10075540 | + | SANTANDER BANK, C/O STEIN, WIENER & ROTH, L.L.P., 1400 OLD COUNTRY ROAD - SUITE 315, WESTBURY, NY 11590-5132 |
| 10074191 | + | Santander Bank, N.A., c/o Stein, Wiener & Roth, LLP, 1400 Old Country Road, Suite 315, Westbury, NY 11590-5132 |
| 10120382 | + | Steven Taitz, 630 Johnson Ave, Suite 105, Bohemia, NY 11716-2618 |
| 10072184 | + | TITAN CAPITAL ID, LLC, 140 EAST 45TH STREET, 40TH FLOOR, NEW YORK, NY 10017-3144 |
| 10101895 | + | TRUSTEE, DEBRA KRAMER, DEBRA KRAMER, PLLC, 10 PANTIGO ROAD SUITE 1, EAST HAMPTON, NY 11937-2639 |
| 10072185 | + | WEST 37TH STREET LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101800 | + | WESTCHESTER FIRE INSURANCE COMPANY, 436 WALNUT STREET, PHILADELPHIA, PA 19106-3703 |
| 10101754 | + | WONG FLEMING, 300 EAST 42ND STREET, 14TH FLOOR, NEW YORK, NEW YORK 10017-5984 |
| 10075543 | + | YEHUDA AND CHAYA ZALTZMAN, 126 SPOOK ROCK ROAD, SUFFERN, NY 10901-3009 |

TOTAL: 86

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0207-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 318DI7 | Total Noticed: 98 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: DOFBankruptcy@finance.nyc.gov | Nov 27 2023 18:19:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 27 2023 18:19:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Nov 27 2023 18:19:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 27 2023 18:19:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10101746 | + Email/Text: bwalters@albrightstoddard.com | Nov 27 2023 18:19:00 | ALBRIGHT, STODDARD,WARNICK & ALBRIGHT, QUAIL PARK 1, STE D4, 801 S. RANCHO DRIVE, LAS VEGAS, NV 89106-3854 |
| 10101748 | EDI: WFFC | Nov 27 2023 23:18:00 | BANK OF AMERICA, PO BOX 660441, DALLAS, TX 75266-0441 |
| 10075533 | ^ MEBN | Nov 27 2023 18:15:12 | FLAGSTAR BANK, PO BOX 660263, DALLAS, TX 75266-0263 |
| 10072164 | EDI: JPMORGANCHASE | Nov 27 2023 23:18:00 | CHASE MASTERCARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 10123498 | + Email/Text: RASEBN@raslg.com | Nov 27 2023 18:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 10101753 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2023 18:19:00 | KEYBANK NATIONAL ASSOCIATION, 127 PUBLIC SQUARE, CLEVELAND, OHIO 44114-1217 |
| 10101896 | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 27 2023 18:19:00 | OFFICE OF THE UNITED STATES TRUSTEE, U.S. FEDERAL OFFICE BUILDING, 201 VARICK STREET, SUITE 1006, NEW YORK, NY 10014-4811 |
| 10075542 | + EDI: SYNC | Nov 27 2023 23:18:00 | SYNCHRONY BANK, 200 CROSSING BLVD STE 101, BRIDGEWATER, NJ 08807-2876 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10112516 | | Louie Selamaj |
| 10101868 | *+ | 293 ADELPHI MZL LLC, C/O MAYER ZARCHI, 446 CROWN STREET, BROOKLYN, NY 11225-3120 |
| 10101827 | *+ | 300 WEST 122ND STREET 1, LLC, C/O MADISON REALTY CAPITAL, 520 MADISON AVENUE, SUITE 3501, NEW YORK, NY 10022-4434 |
| 10101828 | *+ | 300 WEST 122ND STREET 2, LLC, C/O MADISON REALTY CAPITAL, 520 MADISON AVENUE, SUITE 3501, NEW YORK, NY 10022-4434 |
| 10101869 | *+ | 441 W 37 CAPITAL LLC, 200 PARK AVENUE, NEW YORK, NY 10166-0005 |
| 10101866 | *+ | 441 W 37 SME LLC, C/O SME CAPITAL VENTURES, 200 PARK AVENUE, NEW YORK, NY 10166-0005 |
| 10101870 | *+ | 525 SMA OWNER LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101811 | *+ | 529 MAPLE LLC, 410 TROY AVENUE, BROOKLYN, NY 11213-5328 |
| 10101812 | *+ | AYLIE ARIES CORP., 851 NE 1ST AVENUE SUITE 4701, MIAMI FL 33132-1861 |
| 10101871 | *+ | BESPOKE HARLEM WEST LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101872 | *+ | BHW BROWNFIELD LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101873 | *+ | BHW MEZZ LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |

Case 1-22-41041-nhl    Doc 74    Filed 11/29/23    Entered 11/30/23 00:11:23

| District/off: 0207-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 318DI7 | Total Noticed: 98 |

| | | |
|---|---|---|
| 10101814 | *+ | BLUE VINE, 401 WARREN STREET SUITE 430, REDMOND CA 94063-1536 |
| 10101821 | *+ | CHANA RUBASHKIN, 1328 LINCOLN PLACE, BROOKLYN, NY 11213-4033 |
| 10101875 | *+ | COFUND 3, LLC, 345 SEVENTH AVE. 23RD FL., NEW YORK, NY 10001-5031 |
| 10101878 | *+ | D SOLNICK DESIGN & DEVELOPMENT LLC, C/O DAVID SOLNICK, 350 W. 42 STREET APT. 31C, NEW YORK, NY 10036-6958 |
| 10101893 | *+ | DAVID SOLNICK, 350 W. 42 STREET APT. 31C, NEW YORK, NY 10036-6958 |
| 10101876 | *+ | DL PARTNERS, ATT: BRUCE H. LEDERMAN, ESQ., 345 SEVENTH AVE. 23RD FL., NEW YORK, NY 10001-5031 |
| 10101877 | *+ | DS37 MEZZ LLC, C/O DAVID SOLNICK, 350 W. 42 STREET APT. 31C, NEW YORK, NY 10036-6958 |
| 10139409 | *+ | David Solnick, 350 W 42 St Apt 31C, New York, NY 10036-6958 |
| 10101879 | *+ | EE37 MEZZ LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101880 | *+ | EM CRE STRATEGIES I, LLC SERIES X, C/O EQUITY MULTIPLE, INC., 1440 BROADWAY, 11TH FLOOR, NEW YORK, NY 10018-2301 |
| 10101881 | *+ | ENHANCED TAX CREDIT LENDING LLC, 201 ST CHARLES AVE. SUITE 3400, NEW ORLEANS, LOUISANA 70170-1026 |
| 10101816 | *+ | FLAGSTAR BANK, PO BOX 660263, DALLAS, TX 75266-0263 |
| 10101817 | *+ | FM HOME LOANS LLC, 2329 NOSTRAND AVENUE 3RD FL., BROOKLYN, NY 11210-3949 |
| 10101822 | *+ | GETZEL RUBASHKIN, 1328 LINCOLN PLACE, BROOKLYN, NY 11213-4033 |
| 10101883 | *+ | HAGASHAMA MANHATTAN 12 PARKSIDE LLC, 345 SEVENTH AVE. 23RD FL., NEW YORK, NY 10001-5031 |
| 10101818 | *+ | HAPPY LIVING DEVELOPMENT LLC, 884 EASTERN PARKWAY, BROOKLYN, NY 11213-3618 |
| 10101884 | *+ | HARLEM 133 LENDER, LLC, 405 LEXINGTON AVENUE 59TH FL., NEW YORK, NY 10174-6300 |
| 10101885 | *+ | III CRE BRIDGE LOAN FUND L.P., 777 YAMATO ROAD, SUITE 300, BOCA RATON, FL 33431-4406 |
| 10101882 | *+ | JEROLD C. FEUERSTEIN, ESQ., KRISS & FEUERSTEIN LLP, 360 LEXINGTON AVENUE, SUITE 1200, NEW YORK, NY 10017-6555 |
| 10101886 | *+ | JONES DAY, ATT: TITO ESCOBAR, ESQ., 250 VESEY STREET, NEW YORK, NEW YORK 10281-1062 |
| 10101874 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE MASTERCARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 10101890 | *+ | MARANS NEWMAN TSOLIS & NAZINITSKY LLC, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101819 | *+ | MCCALLA RAYMER LEIBERT PIERCE, LLC, ATT: PHILLIP RAYMOND, ESQ., 420 LEXINGTON AVE, RM 840, NEW YORK, NY 10170-0840 |
| 10101889 | *+ | MEISTER SEELIG & FEIN LLP, ATT: DAVID G. MOSS, ESQ., 125 PARK AVENUE 7TH FL., NEW YORK, NY 10017-5627 |
| 10101824 | *+ | MYRA SELAMAJ, C/O MARC COUPEY, ESQ., 441 SAW MILL RIVER ROAD, MILLWOOD NY 10546-1018 |
| 10101815 | *+ | OLIVIER STEVEN COJOT, 61 BRYAM SHORE ROAD, GREENWICH, CT 06830-6906 |
| 10101891 | *+ | PROSKAUER ROSE, LLP, ATT: PETER J.W. SHERWIN, ESQ., 11 TIMES SQUARE, NEW YORK, NY 10036-6600 |
| 10101888 | *+ | RACHEL MEDALIE, 1286 PRESIDENT STREET, BROOKLYN, NY 11213-4238 |
| 10101820 | *+ | REUVEN MEDALIE, 1286 PRESIDENT STREET, BROOKLYN, NY 11213-4238 |
| 10101813 | *+ | ROBERT BARTKOWSKI, C/O GUERRIERA, FELDMAN & WILLIAMS, LLP, 363 6TH AVENUE, BROOKLYN, NY 11215-3406 |
| 10101887 | *+ | ROY JUSTICE, ESQ., 600 THIRD AVENUE, 2ND FLOOR, NEW YORK, NY 10016-1919 |
| 10101823 | *+ | SANTANDER BANK C/O, STEIN, WIENER & ROTH, L.L.P., 1400 OLD COUNTRY ROAD - SUITE 315, WESTBURY, NY 11590-5132 |
| 10101825 | *+ | SYNCHRONY BANK, 200 CROSSING BLVD STE 101, BRIDGEWATER, NJ 08807-2876 |
| 10101867 | *+ | TITAN CAPITAL ID, LLC, 140 EAST 45TH STREET, 40TH FLOOR, NEW YORK, NY 10017-3144 |
| 10101894 | *+ | WEST 37TH STREET LLC, C/O MARANS NEWMAN TSOLIS & NAZINITSKY LL, ATT: RICHARD M. NEWMAN, ESQ., 29 BROADWAY, SUITE 2400, NEW YORK, NY 10006-3205 |
| 10101826 | *+ | YEHUDA AND CHAYA ZALTZMAN, 126 SPOOK ROCK ROAD, SUFFERN, NY 10901-3009 |
| 10072166 | ##+ | DL PARTNERS, ATT: BRUCE H. LEDERMAN, ESQ., 345 SEVENTH AVE. 23RD FL., NEW YORK, NY 10001-5031 |

TOTAL: 1 Undeliverable, 47 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023                    Signature:        /s/Gustava Winters

District/off: 0207-1            User: admin            Page 5 of 5
Date Rcvd: Nov 27, 2023            Form ID: 318DI7            Total Noticed: 98

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avery Issac Nagy-Normyle | on behalf of Creditor Harlem 133 Owner LLC anormyle@reedsmith.com |
| Avrum J Rosen | on behalf of Trustee Debra Kramer arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Bruce Weiner | on behalf of Debtor Levi Balkany courts@nybankruptcy.net bweiner@nybankruptcy.net |
| Christopher A Lynch | on behalf of Creditor Harlem 133 Owner LLC chrislynch65@gmail.com, btorres@reedsmith.com,chris-lynch-7800@ecf.pacerpro.com |
| Debra Kramer | dkramer@kramerpllc.com;trustee@kramerpllc.com ny73@ecfcbis.com |
| Edward A Wiener | on behalf of Creditor Santander Bank N.A. EWiener@hhstein.com, jbrocks@hhstein.com;sbrooks@hhstein.com;kmigdal@hhstein.com;rsagese@hhstein.com;jschlander@hhstein.com;bk@hhstein.com |
| Edward J LoBello | on behalf of Creditor Robert Bartkowski elobello@msek.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Jerold C Feuerstein | on behalf of Creditor 300 West 122nd Street 1 LLC jfeuerstein@kandfllp.com litigation@kandfllp.com;cvalenzuela@kandfllp.com;skossar@kandfllp.com;dzinman@kandfllp.com;gfriedman@kandfllp.com;mbonneville@kandfllp.com |
| Jerold C Feuerstein | on behalf of Creditor 300 West 122nd Street 2 LLC jfeuerstein@kandfllp.com litigation@kandfllp.com;cvalenzuela@kandfllp.com;skossar@kandfllp.com;dzinman@kandfllp.com;gfriedman@kandfllp.com;mbonneville@kandfllp.com |
| Joseph J Tuso | on behalf of Creditor Harlem 133 Owner LLC jtuso@reedsmith.com |
| Marc M Coupey | on behalf of Creditor Myra Selamaj mmcoupeylaw@verizon.net |
| Marc M Coupey | on behalf of Creditor Louie Selamaj mmcoupeylaw@verizon.net |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Phillip Andrew Raymond | on behalf of Creditor Flagstar Bank Phillip.Raymond@McCalla.com mccallaecf@ecf.courtdrive.com |
| Rachel S. Blumenfeld | on behalf of Defendant Levi Balkany rachel@blumenfeldbankruptcy.com |
| Zachary Kaye | on behalf of Creditor Harlem 133 Owner LLC zachk87@gmail.com |

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Levi Balkany<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0321<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 1–22–41041–nhl | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Levi Balkany

11/27/23                                                                 **By the court:**   Nancy Hershey Lord
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**