UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

In Re: Case No. 22-41041-nhl

Levi Balkany

Chapter 7

Debtor
----------------------------------x

**O R D E R**

**Whereas**, the above-captioned case having been initiated by the filing of a petition under Chapter 7 of Title 11 of the United States Code on May 13, 2022, and

**Whereas**, on June 21, 2023, an adversary proceeding was filed under case number 23-1053-nhl objecting to the debtor's discharge, and

**Whereas**, due to an administrative error, the Order of Discharge dated November 27, 2023, was prematurely issued, it is hereby

**ORDERED**, that the Order of Discharge dated November 27, 2023, that released the debtor from all dischargeable debts is hereby vacated, and it is further

**ORDERED**, that the Clerk of Court notify the debtor, creditors and all parties-in-interest of this order vacating the Order of Discharge of Debtor.

**Dated: August 6, 2025**
**Brooklyn, New York**

Nancy Hershey Lord
United States Bankruptcy Judge